UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL NO. 2738 (MAS) (RLS) JUDGE MICHAEL A. SHIPP MAG. JUDGE RUKHSANAH L. SINGH |
| BOBBY STEPHENSON, individually, and on Behalf of the Estate of JENNIFER STEPHENSON, deceased, | AMENDED COMPLAINT AND JURY DEMAND |
| Plaintiff, | Civil Action No.: 3:21-cv-14930-MAS-RLS |
| v. | |
| JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER INC. f/k/a JOHNSON & JOHNSON CONSUMER COMPANIES, INC., | DIRECT FILED ACTION |
| Defendants. | |

## AMENDED SHORT FORM COMPLAINT
## AND JURY DEMAND

The Plaintiff named below files this *Amended Short Form Complaint and Demand for Jury Trial* against Defendants named below by and through the undersigned counsel. Plaintiff incorporates by reference the allegations contained in *Plaintiffs' Master Long Form Complaint* in *In re: Talcum Powder Products Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2738 in the

1

United States District Court for the District of New Jersey. Plaintiff files this Amended Short Form Complaint as permitted by Case Management Order No. 1 of this Court.

In addition to those causes of action contained in *Plaintiffs' Master Long Form Complaint*, where certain claims require specific pleadings and/or amendments, Plaintiff shall add and include them herein.

## IDENTIFICATION OF PARTIES

**Identification of Plaintiffs**

1. Name of individual injured due to the use of talcum powder products: Jennifer Stephenson

2. At the time of the filing of the specific case, Plaintiff is a citizen of: Oregon

3. Consortium Claim: The following individual alleges damages for loss of consortium: Not Applicable

4. Survival and/or Wrongful Death Claims:

    Name and residence of Decedent when she suffered the talcum powder products related death: Jennifer Stephenson, Medford, Oregon

5. Decedent was born on February 22, 1961 and died on April 23, 2021

6. Plaintiff is filing this case in a representative capacity: Bobby Stephenson, surviving son and as anticipated Personal Representative of the Estate of Jennifer L. Stephenson, pursuant to Or. Rev. Stat. Ann. § 30.020 (West).

7. As a result of using talcum powder products, Plaintiff suffered personal and economic injuries that are alleged to have been caused by the use of the products identified in Paragraph 16 below, but not limited to, the following:

- ☐ injury to herself
- ☒ injury to the person represented
- ☒ wrongful death
- ☒ survivorship action
- ☒ economic loss
- ☒ loss of services
- ☐ loss of consortium
- ☐ other: _____

**Identification of Defendants**

8. Plaintiff is suing the following Defendants (please check all that apply)[1]:

- ☒ Johnson & Johnson
- ☒ Johnson & Johnson Consumer Inc.
- ☐ Imerys Talc America, Inc. ("Imerys Talc")
- ☐ Personal Care Products Council ("PCPC")

---

[1] If additional Counts and/or Counts directed to other Defendants are alleged by the specific Plaintiff as to whom this *Short Form Complaint* applies, the specific facts supporting these allegations must be pleaded by the Plaintiff in a manner complying with the requirements of the Federal Rules of Civil Procedure, and the Defendants against whom they are alleged must be specifically identified on a separate sheet of paper attached to this *Short Form Complaint*.

3

**Additional Defendants:**

☐ Other Defendants (please specify): _____

## JURISDICTION & VENUE

**Jurisdiction:**

9.   Jurisdiction in this Short Form Complaint is based on:

☒ Diversity of Citizenship

☐ Other (The basis of any additional ground for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure).

**Venue:**

10.   District Court and Division (if any) in which venue was proper where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court and to where remand could be ordered by the Judicial Panel for trial: <u>The United States District Court for the District of Oregon, Medford Division</u>

## CASE SPECIFIC FACTS

11.   Plaintiff currently resides in City, State: <u>Cave Junction, Oregon</u>

12.   At the time of the Decedent's diagnosis with a talcum powder products injury, Decedent resided in City, State: <u>Medford, Oregon</u>

4

13.  The Decedent was diagnosed with a talcum powder products injuries in City, State: <u>Medford, Oregon</u> in <u>approximately 2001 and 2010</u>

14.  To the best of Plaintiff's knowledge, Decedent began using talcum powder products on or about the following date: <u>approximately 1974</u> and continued the use of talcum powder products through about the following date: <u>approximately 2016</u>

15.  The Decedent purchased talcum powder products in the following States: <u>California and Oregon</u>

16.  Plaintiff used the following talcum powder products:

    ☒   Johnson & Johnson's Baby Powder

    ☐   Shower to Shower

### CAUSES OF ACTION

17.  Plaintiff hereby adopts and incorporates by reference the *Master Long Form Complaint and Jury Demand* as if fully set forth herein.

18.  The following claims and allegations asserted in the Master *Long Form Complaint and Jury Demand* are herein adopted by reference by Plaintiff:

    ☐   Count I: Products Liability – Strict Liability – Failure to Warn (Against Imerys Talc)

    ☒   Count II: Products Liability – Strict Liability – Failure to Warn (Against the Johnson & Johnson Defendants)

5

☐ Count III:  Products Liability – Strict Liability – Defective Manufacturer and Design (Against Imerys Talc)

☒ Count IV:  Products Liability – Strict Liability – Defective Manufacturer and Design (Against the Johnson & Johnson Defendants)

☒ Count V:  Breach of Express Warranties (Against the Johnson & Johnson Defendants)

☒ Count VI:  Breach of Implied Warranty of Merchantability (Against the Johnson & Johnson Defendants)

☒ Count VII:  Breach of Implied Warranty of Fitness for a Particular Purpose (Against the Johnson & Johnson Defendants)

☐ Count VIII:  Negligence (Against Imerys Talc)

☒ Count IX:  Negligence (Against the Johnson & Johnson Defendants)

☐ Count X:  Negligence (Against PCPC)

☒ Count XI:  Negligent Misrepresentation (Against the Johnson & Johnson Defendants)

☒ Count XII:  Fraud (Against the Johnson & Johnson Defendants)

☐ Count XIII:  Fraud (Against PCPC)

☒ Count XIV:  Violation of State Consumer Protection Laws of the States of California, Oregon and New Jersey (Against the Johnson & Johnson Defendants)

6

☐ Count XV: Fraudulent Concealment (Against Imerys Talc)

☒ Count XVI: Fraudulent Concealment (Against the Johnson & Johnson Defendants)

☐ Count XVII: Fraudulent Concealment (Against PCPC)

☐ Count XVIII: Civil Conspiracy (Against All Defendants)

☐ Count XIX: Loss of Consortium (Against All Defendants)

☒ Count XX: Punitive Damages (Against All Defendants)

☒ Count XXI: Discovery Rule and Tolling (Against All Defendants)

☒ Count XXII: Wrongful Death (Against All Defendants)

☒ Count XXIII: Survival Action (Against All Defendants)

☐ Furthermore, Plaintiff asserts the following additional theories and/or State Causes of Action against Defendants identified in Paragraph nine (9) above. If Plaintiff includes additional theories of recovery, to the extent they require specificity in pleadings, the specific facts and allegations supporting these theories must be pled by Plaintiff in a manner complying with the requirements of the Federal Rules of Civil Procedure. _____

_____

_____

**WHEREFORE**, Plaintiff prays for relief and judgment against Defendants of compensatory damages, punitive damages, interest, costs of suit, and such

7

further relief as the Court deems equitable and just, and as set forth in the Master Long Form Complaint as appropriate.

## JURY DEMAND

Plaintiff hereby demands a trial by jury as to all claims in this action.

Dated: May 23, 2024                     Respectfully Submitted by,

                                              */s/ Mark P. Robinson, Jr.*
Mark P. Robinson, CA Bar No. 054426
Jennifer M. Collins, CA Bar No. 288579
19 Corporate Plaza Drive
Newport Beach, CA 92660
949-720-1288 Phone
949-720-1292 Facsimile
mrobinson@robinsonfirm.com
jcollins@robinsonfirm.com

*Attorneys for Plaintiff*